IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R.T., *a minor, by and through his parents and natural guardians, CHUNCHUN TAO and JIE SHAO* | : | CIVIL ACTION |
| v. | : | |
| ACTS RETIREMENT-LIFE COMMUNITIES, INC. | : | NO. 26-4446 |

ORDER

AND NOW, this 29th day of September, 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Acts Retirement-Life Communities, Inc. to dismiss the complaint (ECF No. 7) is GRANTED for failure to state a claim upon which relief can be granted.

BY THE COURT:

/s/ Harvey Bartle III
J.